

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

March 3, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The pretrial conference is adjourned to April 19, 2023 at 10:30 am. Speedy trial time is excluded from March 8, 2023 until April 12, 2023, in the interest of justice.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/6/2023
> New York, New York

Re:   *United States v. Eleodor Pencu*, 22 Cr. 416 (ER)

Dear Judge Ramos:

   The Government writes to respectfully request an adjournment of the conference scheduled for next Wednesday, March 8, 2023, in the above-referenced case. The parties are discussing a potential pretrial resolution and jointly request an adjournment of approximately 45 days to allow those discussions to continue. In addition, the Government requests that time be excluded under the Speedy Trial Act from the date of this letter through the date of the next scheduled conference. The Government submits that an exclusion of time is in the interest of justice for the reasons stated above. Defense counsel has informed the Government that the defense consents to the exclusion of time here.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

*Enclosure*

Cc:   Counsel of record (by ECF)