# LAW OFFICES OF MITCHELL C. ELMAN, P.C.
### 233 EAST SHORE ROAD, SUITE 210
### GREAT NECK, NY  11023
Telephone   (516) 586-6666
Facsimile   (516) 345-2517
Email   mitchell@elmanlawny.com

November 3, 2023

**MEMO ENDORSED**

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:  USA v. Eleodor Pencu
<u>Docket No. 22-CR-00416 (ER)</u>

Dear Judge Ramos:

     This office represents Eleodor Pencu.  Following up on the letter filed by the Government on October 31, 2023, the sentencing in this matter is currently scheduled for November 8, 2023.  In preparation of the presentence memorandum for Mr. Pencu, the defense has had difficulties meeting with Mr. Pencu, who has been transferred from the Essex County Correctional Facility to the Hudson County Correctional Facility.  Based on this, the defense is respectfully requesting that the sentencing be adjourned to December 8, 2023 at 11:00 a.m., and accordingly to request an adjournment of the defense deadline to file its sentencing submission to November 24, 2023.

     Thank you for your consideration.

Respectfully submitted,

/s/ Mitchell C. Elman
MITCHELL C. ELMAN

Cc:   Counsel of record (by ECF)

---

Sentencing is adjourned to December 8, 2023 at 11:30 a.m.  The deadlines for both Defendant's and the government's sentencing submissions are adjourned accordingly.  The Clerk of the Court is respectfully directed to terminate the motion, doc. 27.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 11/6/2023
New York, New York